IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LA VELLAR MITCHELL,
individually and as Administratrix
of the Estate of Maurice Mitchell,
Deceased                                                                                                PLAINTIFF

VS.                                      CASE NO. 11-CV-1046

RAYTHEON COMPANY, d/b/a
RAYTHEON MISSILE SYSTEMS;
LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN MISSILES
AND FIRE CONTROL                                                                                DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal filed on behalf of Plaintiff and Separate Defendant Lockheed Martin Corporation. (ECF No. 61). These parties have jointly moved for the dismissal of Plaintiff's claims against Lockheed Martin Corporation. Lockheed Martin Corporation also requests that its Motion for Summary Judgment (ECF No. 58) be withdrawn.

Upon consideration, the Court finds that good cause for the dismissal has been shown. Accordingly, pursuant to Federal Rule of Civil Procedure 41, Plaintiff's claims against Separate Defendant Lockheed Martin Corporation are hereby **DISMISSED**, and Lockheed Martin Corporation's Motion for Summary Judgment (ECF No. 58) is withdrawn.

Defendant Raytheon Company's cross-claims against Defendant Lockheed Martin Corporation remain pending.

**IT IS SO ORDERED**, this 3rd day of March, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge