IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LA VELLAR MITCHELL,
individually and as Administratrix
of the Estate of Maurice Mitchell,
Deceased                                                                                                    PLAINTIFF

VS.                                              CASE NO. 11-CV-1046

RAYTHEON COMPANY, d/b/a
RAYTHEON MISSILE SYSTEMS;
LOCKHEED MARTIN CORPORATION
d/b/a LOCKHEED MARTIN MISSILES
AND FIRE CONTROL                                                                              DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed on behalf of Separate Defendant Raytheon Company. (ECF No. 66). Raytheon Company moves for the voluntary dismissal of it cross-claims against Lockheed Martin Corporation.

Upon consideration, the Court finds that good cause for the dismissal has been shown. Accordingly, the motion (ECF No. 66) should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41, Raytheon Company's cross-claims against Lockheed Martin Corporation are hereby **DISMISSED**. As a result of this dismissal, Lockheed Martin is no longer a party to this lawsuit.

**IT IS SO ORDERED**, this 17th day of March, 2014.

          /s/ Susan O. Hickey
          Susan O. Hickey
          United States District Judge